UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN KOSS,

       Plaintiff,

                                        Case No. 1:12-cv-748

v.

                                        HONORABLE PAUL L. MALONEY

PENTAGROUP FINANCIAL, LLC,

       Defendant.
_____/

**ORDER OF DISMISSAL**

        On October 14, 2013, the plaintiff filed a response to a motion to withdraw as counsel filed by her attorney stating she does not oppose his withdrawal and, further, that she wishes to dismiss the action (ECF No. 17).  By previous order of United Magistrate Judge Joseph G. Scoville, the plaintiff's request has been construed as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2), and defendant was ordered to file a response to the motion (ECF No. 18).  On October 15, 2013, the defendant filed a response stating no opposition to the motion for voluntary dismissal (ECF No. 19).  Therefore,

        IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 41(a)(2) this matter against defendant Pentagroup Financial, LLC is **DISMISSED without prejudice**.

Dated:  January 17, 2013                                      /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge